**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 22 MAL 2023
                                                                :
                           Respondent                     :
                                                                :  Petition for Allowance of Appeal
                                                                :  from the Order of the Superior Court
             v.                                              :
                                                                :
                                                                :
THOMAS FRANCIS BEECH,                         :
                                                                :
                           Petitioner                       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.